**Order entered August 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15911**

## ORDER

Appellant has requested the reporter's record from nine hearings. The reporter's record from the hearing held on April 10, 2019 has been filed. The Court has granted Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, an extension of time to September 3, 2020 to file the records from the hearings conducted on February 8, 2018, March 16, 2018, and June 25, 2018.

As to the remaining five hearings, the identity of the court reporter is unknown. By order dated July 20, 2020, we ordered Yolanda Atkins, the Official Court Reporter for the 255th Judicial District Court, to notify this Court of the name and contact information of the court reporter who recorded the hearing held on March 12, 2020. Ms. Atkins responded that she was not hired until May 11, 2020 and that she did not have access to the daily log books of Joie Rivera, the previous official court reporter.

In light of these circumstances, we **ORDER** the Honorable Carmen Rivera-Worley, Visiting Judge who presided over the five hearings in question, to conduct a hearing, no later than **September 8, 2020**, and determine the identity of the court reporter who recorded the hearings held on (1) June 24, 2019; (2) August 28, 2019; (3) August 29, 2019; (4) October 14, 2019; and, (5) March 12, 2020. To that end, both Ms. Atkins and Ms. Rivera shall be present at the hearing.

The trial court shall make its findings concerning the identity of the court reporter for the five hearings. The findings shall be filed in a supplemental clerk's record no later than **September 18, 2020.** A supplemental reporter's record of the hearing shall also be filed no later than **September 18, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Rivera-Worley; Dallas County District Clerk Felicia Pitre; Ms. Atkins; Ms. Rivera; Ms. Saavedra; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than September 25, 2020.

/s/    BILL WHITEHILL
       JUSTICE